# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-2535

_____

Stanley Paul Smith,                          *
                                             *
              Appellant,                     *
                                             *
      v.                                     *   Appeal from the United States
                                             *   District Court for the
Larry Long, Tri-State Engineering            *   Western District of Missouri.
Company; Phil Erwin, Tri-State               *
Engineering Company; John Bolte,             *
Tri-State Engineering Company; D.            *   [UNPUBLISHED]
Mark Doolan, Environmental                   *
Protection Agency; American Water            *
Works Company, Inc./RWE; Missouri            *
American Water Company; John                 *
Ashcroft, Attorney General; Roy Blunt,       *
US Congressman; Ron Doerge,                  *
Sheriff, Newton County Sheriff's             *
Department; Michael Stearns, US              *
Cellular Company; Freeman Hospitals          *
and Health Systems; Dr. Chris                *
Ferguson; Gary Duncan; Vicky Kahl;           *
Dr. John Daugherty; Patty Thomason;          *
Jane Doe, ER/MQ Nurse; Carol                 *
Graham; Dr. R. I. Fleming; Dr. Arthur        *
Daus; Phil Stinnet, Mayor, City of           *
Joplin, MO; Richard Russell, City of         *
Joplin, MO; David Niebur, Former Chief*
of Police, City of Joplin, MO Police         *
Department; GDR Corporation; City            *
Council of Joplin, MO; John and Jane         *
Doe, JPD; Peter Edwards, City                *

Attorney; Dennis Agniel, MO         *
Division of Probation and Parole;     *
Heather (Shipman) Theis; Sandy       *
Jones; Ed Davis; Jeremiah Nixon,       *
Missouri Attorney General; Virginia   *
Murray, Asst. MO Attorney General;   *
Fernando J. Gaitan, U.S. District      *
Judge; George Herbert Walker Bush,   *
Former President of the United States;  *
Judge Logan, US 8th Circuit Court of   *
Appeals; JUDGE FAGG, US 8th         *
Circuit Court of Appeals; Judge       *
Whipple, US 8th Circuit Court Judge;   *
Bob Holden, Missouri Governor; Miles  *
Parks, Officer, MO Highway Patrol; Jo  *
Anne B. Barnhart, Commissioner of    *
Social Security Administration;       *
Stevens, ALJ, Springfield, MO; George  *
Wilhoit, ALJ; George J. Tenet, Former  *
Director, Central Intelligence Agency;  *
Porter Goss, Central Intelligence     *
Agency; Counselor Warren; Unnamed   *
Female Agent; Clarence Thomas,      *
Supreme Court Justice; Christopher    *
"Kit" Bond; Senator Jim Ryun; Michael *
N. Neumark, Correctional Medical     *
Services; M.D. John Matthews; Dr.     *
Ghassemi Chi; R. Dent, Doctor; Dr. G.  *
Rile; Dr. Danny Stanton; Dr. Hoog;    *
Dr. Vincent Morgan; David Scherr;    *
Aramark Group; Spectrum Medical     *
Services; Pfizer, Inc.; Michael Pfieffer, *
C.O.O.; Linda (Durham) Taylor;       *
Donald Webb, Missouri Department of  *
Corrections; Michael Kemna,         *
Missouri Department of Corrections;    *
Michael Cornell, Missouri Department  *

of Corrections; Dora Schriro, Missouri  *
Department of Corrections; Diane  *
Walker, Missouri Department of  *
Corrections; Patty Lamp, Missouri  *
Department of Corrections; Tammi  *
Jacobs, Missouri Department of  *
Corrections; C.O. I. Piburn, Missouri  *
Department of Corrections; C.O. I.  *
Chaffe, Missouri Department of  *
Corrections; James R. Hobbs; Robert  *
P. Warden, Attorney at Law,  *
 *
          Appellees.  *

_____

Submitted: March 27, 2006
Filed:   March 28, 2006

_____

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Stanley Paul Smith submitted a 42 U.S.C. § 1983 complaint with an application to proceed in forma pauperis (IFP). The district court[1] denied Smith IFP status, he paid the filing fee, and the complaint was filed and is currently pending in the district court. We therefore dismiss this appeal as premature. See 8th Cir. R. 47A(a). We also deny Smith's pending motions.

_____

_____

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent pursuant to 28 U.S.C. § 636(c).

-3-